UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAMON ELLIOTT<br>F.C.C. U.S.P.<br>P.O. BOX 1034<br>COLEMAN, FL. 33521,<br><br>Plaintiff,<br><br>v.<br><br>US DEPARTMENT OF JUSTICE<br>OIP Suite 11050<br>1425 New York Ave., N.W.<br>Washington, D.C. 20530-0001<br><br>Defendant. | Civil Action No. 07-0205 (JDB) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Karen Melnik, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
Karen Melnik, D.C. Bar #436452
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served by first class mail on this 20th day of February, 2007, upon:

Damon Elliott
F.C.C. U.S.P.
#31034-037
P.O. Box 1034
Coleman, FL 33521

                                       Karen L. Melnik, D.C. Bar. #436452
                                       Assistant United States Attorney
                                       555 4th Street, N.W. Rm. E-4112
                                       Washington, D.C. 20530