RECEIVED
MAY 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
    Plaintiff,

v.                    Civil Action No. 07-0205 (JDB)

U.S. DEPARTMENT OF JUSTICE,
    Defendant.

### PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT

In the interest of justice, plaintiff request the Court to enter Voluntarily Dismissal without prejudice pending the Court decision in <u>Damon Elliott v. United States Attorney General</u>, Civil Action No. 06-1128 (JDB) currently pending before the Court of Appeals (Docket No. 07-5001), or Grant Plaintiff Motion for Appointment of Counsel. see attach.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
    Plaintiff,

v.                    Civil Action No. 07-0205 (JDB)

U.S. DEPARTMENT OF JUSTICE,
    Defendant.

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff application to proceed in forma pauperis was granted and he is litigating this lawsuit in a pro se capacity.
  Plaintiff is entitled to have his pleadings viewed in a less restrictive manner than pleadings submitted by attorneys. Accordingly, he shall be allowed to present his case in his own written words without strict adherence to technical requirements, as is expected of attorneys.
  Otherwise, plaintiff request the Court to appoint counsel.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Voluntarily Dismissal without prejudice were made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Karen L. Melnik
Assistant U.S. Attorney
555 4th St., N.W.
Washington, D.C. 20530

on this 30th day of April 2007.

Darren Elliott 31031-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521