UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>    **Defendant.** | Civil Action No.  07-0205 (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [#12] is GRANTED as conceded.  It is further

ORDERED that plaintiff's motions to voluntarily dismiss this action without prejudice and for appointment of counsel are DENIED as moot.   It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                                                   /s/
                                                                           JOHN D. BATES
Date:  October 30, 2007                          United States District Judge